
ORIGINAL

**FILED**

11/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0544

_____

| | |
|---|---|
| IN RE PETITION OF JOHN DANIEL BYORTH FOR REINSTATEMENT TO ACTIVE STATUS IN THE BAR OF MONTANA | O R D E R |

_____

John Daniel Byorth has petitioned for reinstatement to active status in the State Bar of Montana. Byorth was suspended as a result of noncompliance with CLE requirements on July 2, 2024, but states he was "unaware of this status" until October 22, 2024. In accordance with Rule 13 of the CLE Rules, Byorth has provided a letter from the State Bar dated October 22, 2024, certifying that Byorth has now completed all CLE requirements "through the reporting year that ended March 31, 2024."

The Petition indicates Byorth is or has not been: 1) suspended, disbarred, or otherwise ineligible to practice of law in another jurisdiction and is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, 2) charged with a criminal offense, 3) accrued delinquent debt or filed for bankruptcy, 4) failed to fulfill the obligations of a public office or professional license, or 5) committed any violations of the Rules of Professional Conduct while on inactive status. Byorth would have received notice of his suspension at the time it occurred, and is admonished to more closely monitor his licensing status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of John Daniel Byorth for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this ⸻ day of November, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices